IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEVERLY LOWERY,** | : | |
| Plaintiff | : | No. 1:20-cv-01932 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **JOHN C. HOUSER and** | : | |
| **TOWNSHIP OF NORTH CORNWALL,** | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 12th day of April 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT:**

1. Defendants' partial motion to dismiss (Doc. No. 13) is **GRANTED**; and

2. Plaintiff's claim against Defendant Township for municipal liability pursuant to 42 U.S.C. § 1983 and Monell v. N.Y.C. Dep't of Soc. Servs., 436 U.S. 658 (1978) (Count III) is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file a second amended complaint, within thirty (30) days of the date of this Order, that corrects the pleading deficiencies identified in the Memorandum issued concurrently with this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
